**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
JAN 15 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 2:26CR001-DLB-CJS

**BENJAMIN AARON KEEBLER**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2261A(2)**

From a date in or about February 2023 until a date in or about May 2025, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**BENJAMIN AARON KEEBLER,**

with the intent to injure, harass, and intimidate United States Congressman 1, used an electronic communication service and an electronic communication system of interstate commerce, to wit, cellular telephone communications, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Congressman 1.

All in violation of 18 U.S.C. § 2261A(2).

**COUNT 2**
**18 U.S.C. § 875(c)**

On or about May 5, 2025, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**BENJAMIN AARON KEEBLER**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another through a phone call placed from Kentucky to a phone system affiliated with United States Congressman 1 and based in Washington, DC, in which **KEEBLER** stated, "When is [Congressman 1] going to have a town hall, because I am going to shoot him in the head."

All in violation of 18 U.S.C. § 875(c).

**COUNT 3**
**18 U.S.C. § 875(c)**

On or about January 8, 2025, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**BENJAMIN AARON KEEBLER**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another through a phone call placed from Kentucky to a phone system affiliated with United States Senator 1 and based in Nebraska, in which **KEEBLER** stated, "Hey, maybe somebody needs to come to [Senator 1]'s house and do a . . . hammer visit. You fucking rodent inbred. Your time is up. Your race was always a lie. Your identity is bullshit, and God is not mocked anymore."

All in violation of 18 U.S.C. § 875(c).

**COUNT 4**
**18 U.S.C. § 875(c)**

On or about June 20, 2023, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**BENJAMIN AARON KEEBLER**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another through a phone call placed from Kentucky to a phone system affiliated with United States Congressman 1 and based in Washington, DC, in which **KEEBLER** stated, "Just wait till we start lynching your ass . . . ."

All in violation of 18 U.S.C. § 875(c).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**If in violation of a prior court order, pursuant to 18 U.S.C. § 2261(b)(6):** Imprisonment for not less than 1 year and not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNTS 2-4:** Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.