The Honorable Judge Bunning,

I respectfully submit this letter on behalf of my brother, Ben, for the Court's consideration at sentencing. I have recently spent some time with my brother, and I understand the seriousness of these proceedings and the importance of accepting responsibility for one's actions. I offer these thoughts based on my lifelong relationship with my brother and my firsthand knowledge of his character.

My brother has accepted responsibility for his actions and entered a guilty plea. While I do not offer this to diminish the seriousness of the offense or its impact, I believe it reflects his willingness to be accountable and begin moving forward in a more positive direction.

Throughout his life, my brother has faced significant adversity, including family instability and abuse during his early years. Those experiences affected him in many ways and contributed to long-standing struggles with his mental health. Although these challenges do not excuse his actions, they provide important context for the difficulties he has worked to overcome.

Despite those hardships, he has always been deeply devoted to his family. He is the father of three children and has worked hard to raise and support them throughout their lives. He takes great pride in being present for them and consistently strives to be an important part of their lives. He is also a loving and involved grandfather who treasures the opportunity to spend time with his grandchildren and be a positive influence for them.

As a husband, father, and son, he has shown love, loyalty, and commitment to his family. He has been someone that they have relied on during difficult times, and he genuinely wants to be a source of support for those around him.

One of the most meaningful changes I have witnessed is his commitment to addressing his mental health. He has recognized that he needed help and has taken responsibility for managing his condition. He is now following medical treatment, taking prescribed medication, and making a sincere effort to improve his emotional stability and decision-making. I have seen positive changes in his attitude, his consistency, and his determination to become the best version of himself.

I believe this experience has had a profound impact on him. He understands that his actions have consequences, and I have seen genuine remorse and a sincere desire to learn from his mistakes. I believe he is committed to living a responsible, law-abiding life and continuing the progress he has made through treatment and personal growth.

My brother is more than the mistakes that brought him before this Court. He is a father, grandfather, husband, and son who is loved by his family and who continues to work every day toward becoming a healthier, more responsible person. Our family remains committed to supporting him, encouraging him to continue his treatment, and helping him remain on a positive path.

I respectfully ask the Court to consider not only the offense, but also his acceptance of responsibility, his commitment to treatment, the genuine progress he has made, and the positive role he plays within our family. I believe he can continue growing, contributing to those around him, and living a productive and law-abiding life.

Thank you for your time, your consideration, and your service.

Respectfully,

Maia Keebler Parr

509-387-1634