eMedia Library

**March 27, 2026**

To Whom It May Concern,

I am delighted to write this letter of support for Ben Keebler. Having the opportunity to work alongside Ben, I have witnessed the exceptional qualities that make him not only an outstanding professional but also a remarkable individual.

What truly distinguishes Ben is his wonderfully easy-going nature. He brings a calm, positive energy and a delightful sense of humor to the workplace, which is truly refreshing. Even in high-pressure situations, Ben maintains a level-headed and approachable demeanor, making him not just a fantastic collaborator but also a genuine pleasure to be around. He effortlessly cultivates a supportive and friendly atmosphere for everyone he encounters.

Additionally, I have always admired Ben's deep commitment to his family. He manages to balance his professional ambitions with a profound dedication to his loved ones, reflecting his strong character. His grounded nature and the values he upholds in his personal life naturally translate into the integrity and reliability he demonstrates daily at work.

I wholeheartedly support Ben Keebler. I know him well and can confidently say that he is caring, kind, and enjoys humor, while being completely non-violent.

Please feel free to contact me if you require any further information.

Sincerely,

Christopher Burkey
President
EnterMedia Inc.
513-542-3401