**The Honorable David L. Bunning**

United States Chief Judge

US District Court

35 West 5th Street

Covington KY 41011

Your Honor,

My name is Jennifer Trimm Keebler, wife of Benjamin Keebler. Ben and I met in March of 2017, he was teaching Project Management at Brown Mackie University. Shortly after we started dating, they went out of business, and he was out of a job. His lease was about to expire at the apartment that he was living in, so rather than renew the lease , I told him to move in with me. July 4th 2017, we Moved in together, and by August of 2017, he got a job as a Senior Project Manager at St. Elizabeth hospital - Edgewood.

When we met, he was going through divorce with his then wife -Lisa Baker Keebler , and was trying to get visitation for his two minor kids : Isabella K. -9 at the time (but now an adult) and J.K. -3 at the time . The thing that I found most attractive about Ben was his dedication and drive in trying to be with his kids.

Ben is extremely family oriented, and puts his kids first and foremost, he's an excellent provider for his loved ones. Until May of this year, he had a second Job. The main purpose of this job was to allow him to be closer to his kids as we live in Florence KY and they live in Brownsburg Indiana . The second job enabled him to rent a condo in Brownsburg , and on the weekends when he has them, he's there that Monday-Sunday. This allowed him to take Jak and Isabella to school, be there for them after school, as well as participate in extra-curricular activities and medical matters, and other, school-related activities.

J.K. recently got suspended from school for inappropriate text between him and two of his friends . The following week he got into a fight with his mom, Lisa Baker Keebler. Lisa showed up to the condo with J.K.'s clothes saying that she was done and he was no longer welcomed to live with her. J.K.'s face and arms were scratched up, the school counsellor got involved and so did CPS. Later in the week, Lisa dropped off the rest of his clothes and other personal effects , and told Ben she was willing to sign anything to give up her parental rights . J.K. is now living with us and we're in the process of getting him registered at Camp Ernest Middle School.

Isabella turned 18 in 2025, and was kicked out by her mom and was told to go live with her dad, she was still in high school until she graduated June 6, 2026. She was told by her mom that she was 18 and was not welcomed to live with her anymore . She's still living at the condo in Brownsburg until the end of next month , as Ben lost one of his jobs and will not be able to afford paying for the condo after next month. Isabella goes off to college August 17th, to Herron school of arts, she will be living on campus for two semesters , and J.K. starts the 7th grade August 15.

Ben's dad Michael Keebler is turned 79 June 21st. He is very frail . We have chosen not to tell him about what's going on, as we believe he would not be able to handle it. At present he still lives by himself , but he's fast deteriorating and we believe that maybe in the next year or two , he will have no choice but to move in with us . We have already taken steps for his accommodations by making the room downstairs accessible, with entrance through the garage as he will not be able to climb the stairs because of a bad hip. At present he's still able to drive but prefers not to, unless it's to the corner store and back . We check on him in person once per week to ensure that he's ok.

In 2020, Ben went off his meds , at the time he was on citalopram. He complained that when he was on the meds , he felt like he had no emotions or feelings at all, that he felt numb all the time. It also had sexual side effects , he had lost almost all desire to be intimate, had severe bouts of anxiety and paranoia, he always felt as if people were out to get him, this was so severe that he lost his job because he felt like his coworkers were after him, as well as his boss.

Once he came off the meds, his mood started changing, subtle at first then its like he became a totally different person. It started with him behaving like he had a "God complex", where he was right about everything and should not be challenged. Then he got hyper religious, believing that God was talking to him, showing him signs and was showing him the future. He also got hyper political and would spend hours on Facebook , blogging and writing in his journal.

June of 2020, We got into a huge fight about glasses for Isabella. She already had two pairs of glasses and wanted a third one because my daughter - amber and I had just got our annual eye appointment, gotten new prescriptions and we're getting new lens and frame from Warby Parker. With a prescription the glasses would be $90, without the prescription, it would be $200. I told him when she gets her new prescription we would take her and get them, but he wanted them now . He got so angry that he said we were getting a divorce and the reason for the divorce was me not getting his daughter glasses . This fight was so bad that the kids were all scared , including myself as I had never seen him behave like that before .

July of 2020, he lost his job, two weeks later he got an interview in Seattle.

Trevor -his son was just about to start a job in Brownsburg , but he told him to quit the job before he even had a chance to start and travel to Seattle with him, I told him it was not a good idea but he did it anyway .

We decided on a budget of $1500 to go and $1500 to get back .

Before he even left the $1500 was gone, he said it was for supplies for him and Trevor .

On the first day of the trip, he withdrew $1500 out of our account; Day two $1000; Day three $1675. I asked the bank to block his debit card so he couldn't use it anymore .

Within a week $10,000 was done out of the account , with $750 in overdraft fees .

I tried to talk to him to see what he was doing, his response was, I was trying to stop him from having fun with his son on their vacation. I eventually had to go to the bank and close the account to prevent any more overdraft fees , blocked him from calling me at which point he started calling my friends and my brother in Jamaica demanding that I call him as I owed him and was trying to steal his money .

October of 2020, I got a call from Lisa , letting me know that she had a restraining order against Ben and that he was not allowed to see the kids until he went back on his meds and started seeing a therapist. He went to pick up the kids one night , was late so she refused to hand over the kids and he lost it . They went to court and the judge sided with Lisa and she said he lost it with the judge too who held him in contempt .

December of 2020, he texted me asking if he could come see me . I said yes. December 16, 2020, he came to see me , told Me he had lost the kids , told me Lisa had a restraining order against him and asked if I had any money could lend him so he could get a lawyer. I told him no, he borrowed money from his dad and we got a lawyer. It was proven that Lisa had embellished some things to the court in order to get the restraining order, so that was dropped .

In 2023, he once again got off his meds , as the same things started happening again , with him getting paranoid , the sexual side effects and the feeling of being numb , this time another side effect came into play, this was burst of anger. The least little thing would set him off, and he would have these burst of anger, then it would be gone like nothing happened . It felt like I was constantly walking around on egg shells. I noticed the signs again , with him having a "God like " complex , being hyper religious, hyper political, the journaling and getting in fights on social media to where he was banned off Facebook . That's when I realized he was off the meds again .

After having met with Dr. Connor and Ben taking the appropriate medication, I can already see the difference in his mood, behavior, how he handles things that don't go his way. We went to Mackinaw Island for our anniversary and we had the best time. We came back on July 1st ,left again on July 2nd , travelled in a small car for 3 days with J.K. on a road trip and I didn't have to hold my breath not even once , didn't feel like I was walking on egg shells or that if I said the wrong thing he would loose it. We went to Alaska for a seven-day cruise and it was the most relaxing time we've ever had in a long time .

We laughed , talked like old times , whale watched, went on a speed boat and saw bald eagles, saw sea lions and killer whites, were either another couple that were having issues but through all of this things were calm and peaceful. It was like having my Ben back finally.

We had a four day car ride back with J.K., where we saw the bad lands, Mt. Rushmore , the devils tower, crazy horse, and wall drug, all without incidents. He has told me that he is finally starting to feel like himself, his brain fog feels like it's going away and his focus is returning .

He's like a completely different person than he was back in 2020 and 2023-2025. I can say without the shadow of a doubt that the medications that he was in before were and the diagnoses that he had seems like they were root of his behavior and anger. Hopefully this is the correct diagnose and medication this time. He has a follow up with a psychiatrist in August. For the first time, in a long time, I am hopeful about the future and Ben and our families health and safety.

/s/ Jennifer Trimm Keebler